Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :
-----------------------------------------------------x
*This Document Relates to:*                     :        1:06-md-1789 (JFK)
Lela Callaway                                   :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:07-cv-6883-JFK                       :        **Rule 7.1 Statement**
-----------------------------------------------------x

           Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that

it has no parent companies and are not aware of any beneficial owner of more than ten

percent of its Common Stock.

Dated: New York, New York
       August 30, 2007

                                       Respectfully submitted,

                                       HUGHES HUBBARD & REED LLP

                                       By:  /s/_____

                                         Norman C. Kleinberg
                                       Theodore V. H. Mayer
                                       William J. Beausoleil

                                       One Battery Park Plaza
                                       New York, New York 10004-1482
                                       (212) 837-6000
                                       *Attorneys for Defendant Merck & Co., Inc.*