*Keenan, J*

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 2-15-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :    1-06-md-1789 (JFK)
-------------------------------------------------------x
*This Document Relates to:*                         :
Lela Calloway                                       :
v. Merck & Co., Inc.                                :

Case No: 1:07-cv-6883-JFK
-------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lela

Calloway and Defendant Merck & Co., Inc., ("Merck") through their respective

undersigned counsel, as follows:

1.    This case having been resolved upon the agreement of Plaintiff to

voluntarily dismiss without prejudice her claims against Merck in the above-captioned

case and the agreement of Merck not to seek from Plaintiff its fees and costs, this case is

hereby dismissed without prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2.    Plaintiff further agrees to re-file any suit based on any similar claims

related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors,

employees, sales representatives, or against any pharmacy in this Court.

3.    Each party is to bear its own costs and attorneys' fees.

BA2328132



Dated: December __, 2007

REICH & BINSTOCK, LLP                 HUGHES HUBBARD & REED LLP

By_____          By_____
   Debra Hayes                           Theodore V. H. Mayer (TM 9748)
   4265 San Felipe Blvd., Suite 1000     One Battery Park Plaza
   Houston, Texas 77027                  New York, New York 10004
   (713) 622-7271                        (212) 837-6888

   *Attorneys for Plaintiff*             *Attorneys for Defendant Merck & Co, Inc.*

SO ORDERED: John F. Keenan   2/15/08
             Hon. John F. Keenan

BA2328132